**Albert C. BURGESS, Jr.,**
**Plaintiff-Appellant,**

v.

**John D. ELLIOTT; Scott Elliott,**
**Defendants-Appellees.**

**No. 17-6678**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 17, 2017

Decided: August 22, 2017

Albert Charles Burgess, Jr., Appellant Pro Se. Tucker S. Player, PLAYER LAW FIRM, LLC, Columbia, South Carolina; Drew Hamilton Butler, RICHARDSON PLOWDEN, Charleston, South Carolina; Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN, Columbia, South Carolina, for Appellees.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Burgess, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing as barred by the statute of limitations his civil action for legal malpractice and tortious interference with contract and additionally dismissing his legal malpractice claim for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burgess v. Elliott*, No. 3:16-cv-03325-RBH, 2017 WL 1505421 (D.S.C. Apr. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*